## (July 5, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK v. HEARD HARDEN.— Assignment of Nathan Kestnbaum, Esq. as counsel for defendant-appellant vacated, and George Levine, Esq., of 507 East 161st Street, Bronx, New York, is assigned as counsel for defendant-appellant in the place and stead of Nathan Kestnbaum, Esq. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HEARD HARDEN.— Motion to dismiss appeal from order denying application for a free transcript of the trial minutes granted. The proper procedure is for counsel, when assigned, to have made available to him a copy of the minutes on file. Motion for leave to appeal as a poor person denied as academic in view of the disposition motion decided herein. Motion for a stay denied in all respects. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.